# Earnings Statement

ADP

CO: X7Z   006653   000710   0000200542   1
546-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning:   05/10/2021
Period Ending:      05/16/2021
Pay Date:           05/21/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 13,775.26 |
| Overtime | 27.0000 | 3.50 | 94.50 | 1,811.64 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 16,014.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 16,014.90 |
| Totals Def Comp | 24.44 | 353.03 |
| 401K Er Match | 12.22 | 176.53 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -57.63 | 1,165.01 |
| Social Security Tax | | -48.24 | 962.68 |
| Medicare Tax | | -11.28 | 225.14 |
| GA State Income Tax | | -31.94 | 644.67 |
| **Other** | | | |
| Dental Pre | | -3.50* | 52.50 |
| Disability Pstx | | -2.89 | 42.71 |
| MEDICAL 125 | | -30.60* | 399.20 |
| OPT LIFE POSTTX | | -2.16 | 32.40 |
| Vision Pre | | -2.41* | 36.15 |
| 401K | | -24.44* | 353.03 |
| **Net Pay** | | **$599.41** | |
| Checking 1 | | -599.41 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:                Single
Exemptions/Allowances:
  GA:                1

\* Excluded from federal taxable wages
Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

**Advice number:**   00000200542
**Pay date:**        05/21/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $599.41 |

**NON-NEGOTIABLE**

# Earnings Statement

```
JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179
```

Period Beginning: 05/17/2021
Period Ending: 05/23/2021
Pay Date: 05/28/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 14,495.26 |
| Overtime | 27.0000 | 2.50 | 67.50 | 1,879.14 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$787.50** | 16,802.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.49 | 1,219.50 |
| | Social Security Tax | -46.56 | 1,009.24 |
| | Medicare Tax | -10.89 | 236.03 |
| | GA State Income Tax | -30.43 | 675.10 |
| | **Other** | | |
| | Dental Pre | -3.50* | 56.00 |
| | Disability Pstx | -2.89 | 45.60 |
| | MEDICAL 125 | -30.60* | 429.80 |
| | OPT LIFE POSTTX | -2.16 | 34.56 |
| | Vision Pre | -2.41* | 38.56 |
| | 401K | -23.63* | 376.66 |
| | **Net Pay** | **$579.94** | |
| | Checking 1 | -579.94 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 787.50 | 16,802.40 |
| Totals Def Comp | 23.63 | 376.66 |
| 401K Er Match | 11.81 | 188.34 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:     Single
Exemptions/Allowances:
 GA:     1

* Excluded from federal taxable wages
Your federal taxable wages this period are $727.36

© 2000 ADP, LLC

---

```
JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179
```

Advice number: 00000210598
Pay date: 05/28/2021

**Deposited to the account of**
MELISSA NICOLE BRUMBELOW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1106 | xxxx xxxx | $579.94 |



**NON-NEGOTIABLE**

# Earnings Statement

ADP

```
CO. FILE  DEPT. CLOCK VCHR. NO.
X7Z  006653 000710     0000220538  1
                                   547-0001
```

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/24/2021
Period Ending:   05/30/2021
Pay Date:        06/04/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 15,215.26 |
| Overtime | 27.0000 | 5.25 | 141.75 | 2,020.89 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$861.75** | 17,664.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.13 | 1,282.63 |
| | Social Security Tax | -51.16 | 1,060.40 |
| | Medicare Tax | -11.97 | 248.00 |
| | GA State Income Tax | -34.57 | 709.67 |
| | **Other** | | |
| | Dental Pre | -3.50* | 59.50 |
| | Disability Pstx | -2.89 | 48.49 |
| | MEDICAL 125 | -30.60* | 460.40 |
| | OPT LIFE POSTTX | -2.16 | 36.72 |
| | Vision Pre | -2.41* | 40.97 |
| | 401K | -25.85* | 402.51 |
| | **Net Pay** | **$633.51** | |
| | Checking 1 | -633.51 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 861.75 | 17,664.15 |
| Totals Def Comp | 25.85 | 402.51 |
| 401K Er Match | 12.92 | 201.26 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:            Single
Exemptions/Allowances:
 GA:            1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $799.39

© 2000 ADP, LLC

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

**Advice number:** 00000220538
**Pay date:** 06/04/2021

**Deposited to the account of**
MELISSA NICOLE BRUMBELOW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1106 | xxxx xxxx | $633.51 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

C21 WCT DCK VCHR
X7Z   006653  000710   0000230598   1
608-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/31/2021
Period Ending:    06/06/2021
Pay Date:         06/11/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 37.25 | 670.50 | 15,885.76 |
| Holiday | 18.0000 | 8.00 | 144.00 | 428.00 |
| Overtime | | | | 2,020.89 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 18,478.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.63 | 1,340.26 |
| | Social Security Tax | -48.24 | 1,108.64 |
| | Medicare Tax | -11.28 | 259.28 |
| | GA State Income Tax | -31.94 | 741.61 |
| | **Other** | | |
| | Dental Pre | -3.50* | 63.00 |
| | Disability Pstx | -2.89 | 51.38 |
| | MEDICAL 125 | -30.60* | 491.00 |
| | OPT LIFE POSTTX | -2.16 | 38.88 |
| | Vision Pre | -2.41* | 43.38 |
| | 401K | -24.44* | 426.95 |
| | **Net Pay** | **$599.41** | |
| | Checking 1 | -599.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 18,478.65 |
| Totals Def Comp | 24.44 | 426.95 |
| 401K Er Match | 12.22 | 213.48 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:           Single
Exemptions/Allowances:
 GA:           1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number:  00000230598
Pay date:       06/11/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $599.41 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

X7Z  006653  000710  0000240540  1
543-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 06/07/2021
Period Ending: 06/13/2021
Pay Date: 06/18/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 16,605.76 |
| Overtime | 27.0000 | 6.25 | 168.75 | 2,189.64 |
| Holiday | | | | 428.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$888.75** | 19,367.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.28 | 1,406.54 |
| | Social Security Tax | -52.84 | 1,161.48 |
| | Medicare Tax | -12.36 | 271.64 |
| | GA State Income Tax | -36.08 | 777.69 |
| | **Other** | | |
| | Dental Pre | -3.50* | 66.50 |
| | Disability Pstx | -2.89 | 54.27 |
| | MEDICAL 125 | -30.60* | 521.60 |
| | OPT LIFE POSTTX | -2.16 | 41.04 |
| | Vision Pre | -2.41* | 45.79 |
| | 401K | -26.66* | 453.61 |
| | **Net Pay** | **$652.97** | |
| | Checking 1 | -652.97 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 888.75 | 19,367.40 |
| Totals Def Comp | 26.66 | 453.61 |
| 401K Er Match | 13.33 | 226.81 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:      Single
Exemptions/Allowances:
 GA:       1

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $825.58

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number: 00000240540
Pay date: 06/18/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $652.97 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

X7Z  006653  000710  0000200542  1
546-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning:  05/10/2021
Period Ending:     05/16/2021
Pay Date:          05/21/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 13,775.26 |
| Overtime | 27.0000 | 3.50 | 94.50 | 1,811.64 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 16,014.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.63 | 1,165.01 |
| | Social Security Tax | -48.24 | 962.68 |
| | Medicare Tax | -11.28 | 225.14 |
| | GA State Income Tax | -31.94 | 644.67 |
| | **Other** | | |
| | Dental Pre | -3.50* | 52.50 |
| | Disability Pstx | -2.89 | 42.71 |
| | MEDICAL 125 | -30.60* | 399.20 |
| | OPT LIFE POSTTX | -2.16 | 32.40 |
| | Vision Pre | -2.41* | 36.15 |
| | 401K | -24.44* | 353.03 |
| | **Net Pay** | **$599.41** | |
| | Checking 1 | -599.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 16,014.90 |
| Totals Def Comp | 24.44 | 353.03 |
| 401K Er Match | 12.22 | 176.53 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:           Single
Exemptions/Allowances:
  GA:           1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number:  00000200542
Pay date:       05/21/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $599.41 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/17/2021
Period Ending: 05/23/2021
Pay Date: 05/28/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 14,495.26 |
| Overtime | 27.0000 | 2.50 | 67.50 | 1,879.14 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$787.50** | 16,802.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.49 | 1,219.50 |
| | Social Security Tax | -46.56 | 1,009.24 |
| | Medicare Tax | -10.89 | 236.03 |
| | GA State Income Tax | -30.43 | 675.10 |
| | **Other** | | |
| | Dental Pre | -3.50* | 56.00 |
| | Disability Pstx | -2.89 | 45.60 |
| | MEDICAL 125 | -30.60* | 429.80 |
| | OPT LIFE POSTTX | -2.16 | 34.56 |
| | Vision Pre | -2.41* | 38.56 |
| | 401K | -23.63* | 376.66 |
| | **Net Pay** | **$579.94** | |
| | Checking 1 | -579.94 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 787.50 | 16,802.40 |
| Totals Def Comp | 23.63 | 376.66 |
| 401K Er Match | 11.81 | 188.34 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:                Single
Exemptions/Allowances:
 GA:                1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $727.36

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number: 00000210598
Pay date: 05/28/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $579.94 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO CT DD CK11 VCHR
X7Z  006653  000710  0000220538   1
547-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/24/2021
Period Ending:    05/30/2021
Pay Date:         06/04/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 15,215.26 |
| Overtime | 27.0000 | 5.25 | 141.75 | 2,020.89 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$861.75** | 17,664.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.13 | 1,282.63 |
| | Social Security Tax | -51.16 | 1,060.40 |
| | Medicare Tax | -11.97 | 248.00 |
| | GA State Income Tax | -34.57 | 709.67 |
| | **Other** | | |
| | Dental Pre | -3.50* | 59.50 |
| | Disability Pstx | -2.89 | 48.49 |
| | MEDICAL 125 | -30.60* | 460.40 |
| | OPT LIFE POSTTX | -2.16 | 36.72 |
| | Vision Pre | -2.41* | 40.97 |
| | 401K | -25.85* | 402.51 |
| | **Net Pay** | **$633.51** | |
| | Checking 1 | -633.51 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 861.75 | 17,664.15 |
| Totals Def Comp | 25.85 | 402.51 |
| 401K Er Match | 12.92 | 201.26 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:         Single
Exemptions/Allowances:
  GA:         1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $799.39

© 2000 ADP, LLC

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number:  00000220538
Pay date:       06/04/2021

Deposited to the account of
**MELISSA NICOLE BRUMBELOW**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1106 | xxxx xxxx | $633.51 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/31/2021
Period Ending: 06/06/2021
Pay Date: 06/11/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 37.25 | 670.50 | 15,885.76 |
| Holiday | 18.0000 | 8.00 | 144.00 | 428.00 |
| Overtime | | | | 2,020.89 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 18,478.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.63 | 1,340.26 |
| | Social Security Tax | -48.24 | 1,108.64 |
| | Medicare Tax | -11.28 | 259.28 |
| | GA State Income Tax | -31.94 | 741.61 |
| | **Other** | | |
| | Dental Pre | -3.50* | 63.00 |
| | Disability Pstx | -2.89 | 51.38 |
| | MEDICAL 125 | -30.60* | 491.00 |
| | OPT LIFE POSTTX | -2.16 | 38.88 |
| | Vision Pre | -2.41* | 43.38 |
| | 401K | -24.44* | 426.95 |
| | **Net Pay** | **$599.41** | |
| | Checking 1 | -599.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 18,478.65 |
| Totals Def Comp | 24.44 | 426.95 |
| 401K Er Match | 12.22 | 213.48 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA: Single
Exemptions/Allowances:
 GA: 1

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number: 00000230598
Pay date: 06/11/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $599.41 |



**NON-NEGOTIABLE**

CO. FILE  DEPT.  CLOCK VCHR. NO.
X7Z    006653  000710  0000240540  1
543-0001

# Earnings Statement

**ADP**

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 06/07/2021
Period Ending: 06/13/2021
Pay Date: 06/18/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 16,605.76 |
| Overtime | 27.0000 | 6.25 | 168.75 | 2,189.64 |
| Holiday | | | | 428.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$888.75** | 19,367.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.28 | 1,406.54 |
| | Social Security Tax | -52.84 | 1,161.48 |
| | Medicare Tax | -12.36 | 271.64 |
| | GA State Income Tax | -36.08 | 777.69 |
| | **Other** | | |
| | Dental Pre | -3.50* | 66.50 |
| | Disability Pstx | -2.89 | 54.27 |
| | MEDICAL 125 | -30.60* | 521.60 |
| | OPT LIFE POSTTX | -2.16 | 41.04 |
| | Vision Pre | -2.41* | 45.79 |
| | 401K | -26.66* | 453.61 |
| | **Net Pay** | **$652.97** | |
| | Checking 1 | -652.97 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 888.75 | 19,367.40 |
| Totals Def Comp | 26.66 | 453.61 |
| 401K Er Match | 13.33 | 226.81 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    1

\* Excluded from federal taxable wages
Your federal taxable wages this period are $825.58

© 2000 ADP, LLC

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

**Advice number:** 00000240540
**Pay date:** 06/18/2021

**Deposited to the account of**
MELISSA NICOLE BRUMBELOW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1106 | xxxx xxxx | $652.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
X7Z   006653  000710          0000200542   1
                              546-0001
```

# Earnings Statement

**ADP**

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/10/2021
Period Ending:    05/16/2021
Pay Date:         05/21/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 13,775.26 |
| Overtime | 27.0000 | 3.50 | 94.50 | 1,811.64 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 16,014.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.63 | 1,165.01 |
| | Social Security Tax | -48.24 | 962.68 |
| | Medicare Tax | -11.28 | 225.14 |
| | GA State Income Tax | -31.94 | 644.67 |
| | **Other** | | |
| | Dental Pre | -3.50* | 52.50 |
| | Disability Pstx | -2.89 | 42.71 |
| | MEDICAL 125 | -30.60* | 399.20 |
| | OPT LIFE POSTTX | -2.16 | 32.40 |
| | Vision Pre | -2.41* | 36.15 |
| | 401K | -24.44* | 353.03 |
| | **Net Pay** | **$599.41** | |
| | Checking 1 | -599.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 16,014.90 |
| Totals Def Comp | 24.44 | 353.03 |
| 401K Er Match | 12.22 | 176.53 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:       Single
Exemptions/Allowances:
 GA:       1

\* Excluded from federal taxable wages
Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number:  00000200542
Pay date:       05/21/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $599.41 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

X7Z  006653  000710  0000210598  1
608-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

| | |
|---|---|
| Period Beginning: | 05/17/2021 |
| Period Ending: | 05/23/2021 |
| Pay Date: | 05/28/2021 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 14,495.26 |
| Overtime | 27.0000 | 2.50 | 67.50 | 1,879.14 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$787.50** | 16,802.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.49 | 1,219.50 |
| | Social Security Tax | -46.56 | 1,009.24 |
| | Medicare Tax | -10.89 | 236.03 |
| | GA State Income Tax | -30.43 | 675.10 |
| | **Other** | | |
| | Dental Pre | -3.50* | 56.00 |
| | Disability Pstx | -2.89 | 45.60 |
| | MEDICAL 125 | -30.60* | 429.80 |
| | OPT LIFE POSTTX | -2.16 | 34.56 |
| | Vision Pre | -2.41* | 38.56 |
| | 401K | -23.63* | 376.66 |
| | **Net Pay** | **$579.94** | |
| | Checking 1 | -579.94 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 787.50 | 16,802.40 |
| Totals Def Comp | 23.63 | 376.66 |
| 401K Er Match | 11.81 | 188.34 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:       Single
Exemptions/Allowances:
 GA:       1

* Excluded from federal taxable wages
   Your federal taxable wages this period are $727.36

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

| | |
|---|---|
| **Advice number:** | 00000210598 |
| **Pay date:** | 05/28/2021 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $579.94 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

| | |
|---|---|
| Period Beginning: | 05/24/2021 |
| Period Ending: | 05/30/2021 |
| Pay Date: | 06/04/2021 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 15,215.26 |
| Overtime | 27.0000 | 5.25 | 141.75 | 2,020.89 |
| Holiday | | | | 284.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$861.75** | 17,664.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.13 | 1,282.63 |
| | Social Security Tax | -51.16 | 1,060.40 |
| | Medicare Tax | -11.97 | 248.00 |
| | GA State Income Tax | -34.57 | 709.67 |
| | **Other** | | |
| | Dental Pre | -3.50* | 59.50 |
| | Disability Pstx | -2.89 | 48.49 |
| | MEDICAL 125 | -30.60* | 460.40 |
| | OPT LIFE POSTTX | -2.16 | 36.72 |
| | Vision Pre | -2.41* | 40.97 |
| | 401K | -25.85* | 402.51 |
| | **Net Pay** | **$633.51** | |
| | Checking 1 | -633.51 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 861.75 | 17,664.15 |
| Totals Def Comp | 25.85 | 402.51 |
| 401K Er Match | 12.92 | 201.26 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:           Single
Exemptions/Allowances:
  GA:           1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $799.39

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

| | |
|---|---|
| **Advice number:** | 00000220538 |
| **Pay date:** | 06/04/2021 |

**Deposited to the account of**
MELISSA NICOLE BRUMBELOW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1106 | xxxx xxxx | $633.51 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
CO21-54540    WCT    DOCK11VCHR        Filed 07/13/21
X7Z    006653    000710        0000230598    1
                    608-0001
```

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning: 05/31/2021
Period Ending:    06/06/2021
Pay Date:         06/11/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 37.25 | 670.50 | 15,885.76 |
| Holiday | 18.0000 | 8.00 | 144.00 | 428.00 |
| Overtime | | | | 2,020.89 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$814.50** | 18,478.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.63 | 1,340.26 |
| | Social Security Tax | -48.24 | 1,108.64 |
| | Medicare Tax | -11.28 | 259.28 |
| | GA State Income Tax | -31.94 | 741.61 |
| | **Other** | | |
| | Dental Pre | -3.50* | 63.00 |
| | Disability Pstx | -2.89 | 51.38 |
| | MEDICAL 125 | -30.60* | 491.00 |
| | OPT LIFE POSTTX | -2.16 | 38.88 |
| | Vision Pre | -2.41* | 43.38 |
| | 401K | -24.44* | 426.95 |
| | **Net Pay** | **$599.41** | |
| | Checking 1 | -599.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 814.50 | 18,478.65 |
| Totals Def Comp | 24.44 | 426.95 |
| 401K Er Match | 12.22 | 213.48 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:            Single
Exemptions/Allowances:
 GA:            1

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $753.55

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Advice number:   00000230598
Pay date:        06/11/2021

**Deposited to the account of**          account number    transit ABA          amount
**MELISSA NICOLE BRUMBELOW**              xxxxxx1106        xxxx xxxx           $599.41



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO. FILE  DEPT.  CLOCK  VCHR. NO.
X7Z  006653  000710   0000240540  1
543-0001

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

Period Beginning:  06/07/2021
Period Ending:     06/13/2021
Pay Date:          06/18/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MELISSA NICOLE BRUMBELOW
5877 DORSETT BRIDGE RD
DOUGLASVILLE GA 30135

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 16,605.76 |
| Overtime | 27.0000 | 6.25 | 168.75 | 2,189.64 |
| Holiday | | | | 428.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$888.75** | 19,367.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.28 | 1,406.54 |
| | Social Security Tax | -52.84 | 1,161.48 |
| | Medicare Tax | -12.36 | 271.64 |
| | GA State Income Tax | -36.08 | 777.69 |
| | **Other** | | |
| | Dental Pre | -3.50* | 66.50 |
| | Disability Pstx | -2.89 | 54.27 |
| | MEDICAL 125 | -30.60* | 521.60 |
| | OPT LIFE POSTTX | -2.16 | 41.04 |
| | Vision Pre | -2.41* | 45.79 |
| | 401K | -26.66* | 453.61 |
| | **Net Pay** | **$652.97** | |
| | Checking 1 | -652.97 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 888.75 | 19,367.40 |
| Totals Def Comp | 26.66 | 453.61 |
| 401K Er Match | 13.33 | 226.81 |

**Important Notes**
COMPANY PHNO :- 770-562-2850

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:              Single
Exemptions/Allowances:
 GA:              1

* Excluded from federal taxable wages
  Your federal taxable wages this period are $825.58

© 2000 ADP, LLC

---

JANUS INTERNATIONAL GROUP LLC
134 EAST LUKE RD
TEMPLE, GA 30179

**Advice number:**  00000240540
**Pay date:**       06/18/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MELISSA NICOLE BRUMBELOW | xxxxxx1106 | xxxx xxxx | $652.97 |

**NON-NEGOTIABLE**